| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | EventStatus | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7. Finding the Pain (MANdentity) | E-Learning Course | Sep 15, 2025 | Sep 15, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| 7. Sticking to Your Plan (Starting Over) | E-Learning Course | Sep 15, 2025 | Sep 15, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| 8. Confession (MANdentity) | E-Learning Course | Sep 15, 2025 | Sep 15, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| 8. Guilt vs. Shame (Starting Over) | E-Learning Course | Sep 15, 2025 | Sep 15, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| 9. Discovering How to Feel (MANdentity) | E-Learning Course | Sep 15, 2025 | Sep 15, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| 9. Finding Your Career Path (Starting Over) | E-Learning Course | Sep 15, 2025 | Sep 15, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| A Student Guide to Drug and Alcohol Abuse | E-Learning Course | Sep 17, 2025 | Sep 17, 2025 | 0.05 | 0.50 | Passed | 0 | - | Sep 17, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Accessibility | E-Learning Course | Sep 15, 2025 | Sep 15, 2025 | 0.05 | 0.50 | Passed | 100 | - | Sep 15, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Active Recovery With The Phoenix | E-Learning Course | Sep 15, 2025 | Sep 15, 2025 | 0 | 1.25 | Passed | 0 | 50 | Sep 15, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Adapting to Change | E-Learning Course | Sep 15, 2025 | Sep 15, 2025 | 0.05 | 0.50 | Passed | 0 | - | Sep 15, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Adult and Child CPR | E-Learning Course | Sep 17, 2025 | Sep 25, 2025 | 0.2 | 2.00 | In Progress | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Adult and Child CPR | E-Learning Course | Sep 26, 2025 | Sep 26, 2025 | 0.2 | 2.00 | In Progress | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Adult and Child CPR (Corrections) | E-Learning Course | Sep 22, 2025 | Sep 22, 2025 | 0.2 | 2.00 | Passed | 80 | - | Sep 22, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Advanced Interpersonal Communication: Building Relationships Through Feedback | E-Learning Course | Sep 25, 2025 | Sep 25, 2025 | 0.08 | 0.75 | Passed | 100 | - | Sep 25, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Affordable Care Act (ACA) Basics for Business Owners | E-Learning Course | Sep 25, 2025 | Sep 25, 2025 | 0.03 | 0.34 | Passed | 100 | - | Sep 25, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Anger Management | E-Learning Course | Sep 21, 2025 | Sep 21, 2025 | 0.1 | 1.00 | Passed | 80 | - | Sep 21, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Anti-Discrimination Law: A Primer for Small Businesses | E-Learning Course | Sep 26, 2025 | Sep 26, 2025 | 0.08 | 0.75 | Passed | 0 | 80 | Sep 26, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Asbestos Safety Awareness | E-Learning Course | Sep 25, 2025 | Sep 25, 2025 | 0.1 | 1.00 | Passed | 90 | - | Sep 25, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Basic First Aid | E-Learning Course | Sep 22, 2025 | Sep 22, 2025 | 0.1 | 1.00 | Passed | 100 | - | Sep 22, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Beginning a New Career | E-Learning Course | Sep 25, 2025 | Sep 25, 2025 | 0.05 | 0.50 | Passed | 100 | - | Sep 25, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Bloodborne Pathogens and HIV (Corrections) | E-Learning Course | Sep 26, 2025 | Sep 26, 2025 | 0.1 | 1.00 | Passed | 70 | 75 | Sep 26, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Business Communication | E-Learning Course | Sep 26, 2025 | Sep 26, 2025 | 0.1 | 1.00 | Passed | 100 | - | Sep 26, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Business Communication | E-Learning Course | Sep 26, 2025 | Sep 26, 2025 | 0.1 | 1.00 | Passed | 100 | - | Sep 26, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Bystander Intervention Training | E-Learning Course | Sep 26, 2025 | Sep 26, 2025 | 0.1 | 1.00 | Passed | 100 | - | Sep 26, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |

DEFENDANT'S EXHIBIT
C.
1:25-cr-172

# Transcript for ERNEST FULLER

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | Event Status | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. Success Will Not Fix You (Starting Over) | E-Learning Course | Sep 15, 2025 | Sep 15, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| 1. Title (MANdentity) | E-Learning Course | Aug 17, 2025 | Sep 15, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| 10. Identifying Our Character (MANdentity) | E-Learning Course | Sep 15, 2025 | Sep 15, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| 10. Reaching Out and Moving Up (Starting Over) | E-Learning Course | Sep 15, 2025 | Sep 15, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| 11. Practicing Forgiveness (MANdentity) | E-Learning Course | Sep 15, 2025 | Sep 15, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| 11. Reverse-Engineering Your Goals (Starting Over) | E-Learning Course | Sep 15, 2025 | Sep 15, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| 12-Step Recovery Programs | E-Learning Course | Sep 15, 2025 | Sep 15, 2025 | 0.15 | 1.50 | Passed | 100 | - | Sep 15, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| 12. Heart Check (MANdentity) | E-Learning Course | Sep 15, 2025 | Sep 15, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| 12. The Rest of Your Journey (Starting Over) | E-Learning Course | Sep 15, 2025 | Sep 15, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| 13. Meeting with Jesus (MANdentity) | E-Learning Course | Sep 15, 2025 | Sep 15, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| 14. Helping Others (MANdentity) | E-Learning Course | Sep 15, 2025 | Sep 15, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| 15. About the Author (MANdentity) | E-Learning Course | Sep 15, 2025 | Sep 15, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| 2. Learning to Love (MANdentity) | E-Learning Course | Sep 13, 2025 | Sep 15, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| 2.1 It's A Process (Starting Over) | E-Learning Course | Sep 15, 2025 | Sep 15, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| 2.2 JoJo's Story (Starting Over) | E-Learning Course | Sep 15, 2025 | Sep 15, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| 3. Accepting Your Reality (MANdentity) | E-Learning Course | Sep 13, 2025 | Sep 15, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| 3. Shadow Work (Starting Over) | E-Learning Course | Sep 15, 2025 | Sep 15, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| 4. Coping With Change (Starting Over) | E-Learning Course | Sep 15, 2025 | Sep 15, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| 4. Finding the Power (MANdentity) | E-Learning Course | Sep 13, 2025 | Sep 13, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| 5. Surrender to Win (MANdentity) | E-Learning Course | Sep 15, 2025 | Sep 15, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| 5. The Content You Consume (Starting Over) | E-Learning Course | Sep 15, 2025 | Sep 15, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| 6. Getting Honest (MANdentity) | E-Learning Course | Sep 15, 2025 | Sep 15, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| 6. Taking Inventory of Your Relationships (Starting Over) | E-Learning Course | Sep 15, 2025 | Sep 15, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | EventStatus | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Career Experiences | E-Learning Course | Sep 26, 2025 | Sep 26, 2025 | 0.2 | 2.00 | Passed | 0 | - | Sep 26, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Careers Without College | E-Learning Course | Sep 22, 2025 | Sep 22, 2025 | 0.1 | 1.00 | Passed | 100 | - | Sep 22, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| CERT Unit 1: Disaster Preparedness | E-Learning Course | Sep 30, 2025 | Sep 30, 2025 | 0.1 | 1.00 | Passed | 90 | - | Sep 30, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Child Abuse Prevention and Awareness for Supervisors and Managers | E-Learning Course | Sep 26, 2025 | Sep 26, 2025 | 0.15 | 1.50 | Passed | 100 | 80 | Sep 26, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Child Abuse Prevention and Awareness for Supervisors and Managers (Corrections) | E-Learning Course | Sep 27, 2025 | Sep 27, 2025 | 0.15 | 1.50 | Passed | 100 | 80 | Sep 27, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Choosing the Best Solution | E-Learning Course | Sep 30, 2025 | Sep 30, 2025 | 0.15 | 1.50 | Passed | 100 | - | Sep 30, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Cognitive Awareness | E-Learning Course | Sep 30, 2025 | Sep 30, 2025 | 0.1 | 1.00 | Passed | 0 | - | Sep 30, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Computer Basics | E-Learning Course | Sep 26, 2025 | Sep 26, 2025 | 0.2 | 2.00 | Passed | 100 | - | Sep 26, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Conflicts of Interest | E-Learning Course | Sep 26, 2025 | Sep 26, 2025 | 0 | 1.00 | In Progress | - | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Conflicts of Interest (Corrections) | E-Learning Course | Sep 26, 2025 | Sep 26, 2025 | 0.1 | 1.00 | In Progress | - | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Conflicts of Interest Topic 1: What Is a Conflict of Interest? | E-Learning Course | Sep 26, 2025 | Sep 26, 2025 | * | * | In Progress | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Conflicts of Interest Topic 2: How to Manage a Conflict of Interest | E-Learning Course | - | - | * | * | Not Attempted | - | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Conflicts of Interest: Topic 1 (Corrections) | E-Learning Course | Sep 26, 2025 | Sep 26, 2025 | * | * | Passed | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Conflicts of Interest: Topic 2 (Corrections) | E-Learning Course | - | - | * | * | Not Attempted | - | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Contentious Relationships | E-Learning Course | Sep 26, 2025 | Sep 26, 2025 | 0.15 | 1.50 | Passed | 80 | - | Sep 26, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Critical Thinking and Decision-Making | E-Learning Course | Sep 26, 2025 | Sep 26, 2025 | 0.1 | 1.00 | Passed | 80 | - | Sep 26, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Critical Thinking and Decision-Making | E-Learning Course | Sep 30, 2025 | Sep 30, 2025 | 0.1 | 1.00 | Passed | 100 | - | Sep 30, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Diversity, Equity, and Inclusion Training (Corrections) | E-Learning Course | Sep 27, 2025 | Sep 27, 2025 | 0.1 | 1.00 | Passed | 100 | - | Sep 27, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Domestic Abuse | E-Learning Course | Sep 23, 2025 | Sep 23, 2025 | 0.2 | 2.00 | Passed | 91 | - | Sep 23, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Drug-Free Workplace | E-Learning Course | Sep 27, 2025 | Sep 27, 2025 | 0.05 | 0.50 | Passed | 100 | - | Sep 27, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| GED: Introduction to the GED | E-Learning Course | Sep 30, 2025 | Sep 30, 2025 | 0.1 | 1.00 | Passed | 0 | - | Sep 30, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| GED: Math - Unit 01: Tools | E-Learning Course | - | - | 0.1 | 1.00 | Not Attempted | - | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| GED: Math - Unit 02: Introduction to Real Numbers | E-Learning Course | Sep 26, 2025 | Sep 26, 2025 | 0.1 | 1.00 | In Progress | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| GED: Math - Unit 02: Introduction to Real Numbers | E-Learning Course | - | - | 0.1 | 1.00 | Not Attempted | - | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | EventStatus | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GED: Math - Unit 03: Algebraic Expressions and Equations | E-Learning Course | Sep 26, 2025 | Sep 26, 2025 | 0.1 | 1.00 | Not Attempted | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| GED: Math - Unit 03: Algebraic Expressions and Equations | E-Learning Course | - | - | 0.1 | 1.00 | Not Attempted | - | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| GED: Math - Unit 04: Introduction to Geometry | E-Learning Course | - | - | 0.1 | 1.00 | Not Attempted | - | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| GED: Reasoning Through Language Arts - Unit 01: Strategies for Reading Comprehension | E-Learning Course | Sep 27, 2025 | Sep 27, 2025 | 0.1 | 1.00 | Passed | 100 | - | Sep 27, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| GED: Reasoning Through Language Arts - Unit 08: Post-Test | E-Learning Course | - | - | 0.03 | 0.25 | Not Attempted | - | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| GED: Social Studies - Unit 05: Post-Test | E-Learning Course | Sep 27, 2025 | Sep 27, 2025 | 0 | 0.25 | Passed | 0 | - | Sep 27, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Grammar | E-Learning Course | Sep 28, 2025 | Sep 28, 2025 | 0.15 | 1.50 | Passed | 100 | - | Sep 28, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Iceberg Thinking | E-Learning Course | Sep 23, 2025 | Sep 23, 2025 | 0.03 | 0.25 | Passed | 90 | - | Sep 23, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Internet Safety | E-Learning Course | Sep 24, 2025 | Sep 24, 2025 | 0.1 | 1.00 | Passed | 100 | - | Sep 24, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Interviewing Skills | E-Learning Course | Sep 25, 2025 | Sep 25, 2025 | 0.1 | 1.00 | Passed | 100 | - | Sep 25, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Job Applications | E-Learning Course | Sep 25, 2025 | Sep 25, 2025 | 0.1 | 1.00 | Passed | 100 | - | Sep 25, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Learning Tips: How to Enjoy Learning | E-Learning Course | Sep 28, 2025 | Sep 28, 2025 | 0.05 | 0.50 | Passed | 100 | - | Sep 28, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| LGBTQ+ Safe Zone Training (Corrections) | E-Learning Course | Oct 1, 2025 | Oct 1, 2025 | 0.1 | 1.00 | Passed | 100 | - | Oct 1, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Making Your Home A Safer Place | E-Learning Course | Oct 1, 2025 | Oct 1, 2025 | 0.08 | 0.75 | Passed | 80 | - | Oct 1, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Managing Stress | E-Learning Course | Sep 25, 2025 | Sep 25, 2025 | 0.1 | 1.00 | Passed | 0 | - | Sep 25, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| MANdentity: Healing the Wounded Man | E-Learning Course | Aug 17, 2025 | Sep 15, 2025 | 0 | 6.70 | Complete | 0 | - | Sep 15, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Medication Safety Basics | E-Learning Course | Oct 1, 2025 | Oct 1, 2025 | 0.05 | 0.50 | Passed | 100 | - | Oct 1, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Money Basics | E-Learning Course | - | - | 0.2 | 2.00 | Not Attempted | - | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Offender Corrections | E-Learning Course | Sep 25, 2025 | Sep 25, 2025 | 0.1 | 1.00 | Passed | 0 | - | Sep 25, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Offender Responsibility | E-Learning Course | Sep 25, 2025 | Sep 25, 2025 | 0.1 | 1.00 | Passed | 83 | - | Sep 25, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Parenting: ADHD (Corrections) | E-Learning Course | - | - | 0.05 | 0.50 | Not Attempted | - | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Planning for Emergencies (Corrections) | E-Learning Course | Sep 27, 2025 | Sep 29, 2025 | 0.05 | 0.50 | In Progress | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Planning for Emergencies (Corrections) | E-Learning Course | - | - | 0.05 | 0.50 | Not Attempted | - | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Prison Rape Elimination Act (PREA) | E-Learning Course | Sep 28, 2025 | Sep 28, 2025 | 0.1 | 1.00 | Passed | 100 | - | Sep 28, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |

| Training Title | Type of Event | First Access / Issue Date | Last Access / End Date | CEU | Clock Hours | EventStatus | Score | Mastery Score | Cert. Given | Provider Name | Provider Address |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Respiratory Protection Awareness | E-Learning Course | - | - | 0.05 | 0.50 | Not Attempted | - | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Robert's Rules of Order (Corrections) | E-Learning Course | Sep 29, 2025 | Sep 29, 2025 | 0.13 | 1.25 | Passed | 100 | - | Sep 29, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Safety Communication and Training Techniques | E-Learning Course | - | - | 0.15 | 1.50 | Not Attempted | - | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Sanitation and Hygiene | E-Learning Course | - | - | 0.03 | 0.25 | Not Attempted | - | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Starter U | E-Learning Course | - | - | 0 | 6.00 | Not Attempted | - | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Starter U: Additional Things to Know | E-Learning Course | - | - | * | * | Not Attempted | - | 80 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Starter U: Closing | E-Learning Course | - | - | * | * | Not Attempted | - | 0 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Starter U: Getting Your Business Off The Ground | E-Learning Course | - | - | * | * | Not Attempted | - | 80 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Starter U: Growing Your Business | E-Learning Course | - | - | * | * | Not Attempted | - | 70 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Starter U: Introduction | E-Learning Course | - | - | * | * | Not Attempted | - | 0 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Starting Over | E-Learning Course | Aug 17, 2025 | Sep 15, 2025 | 0 | 5.70 | Complete | 0 | - | Sep 15, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Starting Over: Introduction and Welcome (Starting Over) | E-Learning Course | Aug 17, 2025 | Sep 15, 2025 | * | * | Complete | 0 | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Substance Abuse | E-Learning Course | Sep 24, 2025 | Sep 24, 2025 | 0.15 | 1.50 | Passed | 100 | - | Sep 24, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Suicide Prevention | E-Learning Course | - | - | 0.13 | 1.25 | Not Attempted | - | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| The NoFEAR Act (Corrections) | E-Learning Course | Sep 29, 2025 | Sep 29, 2025 | 0.03 | 0.25 | Passed | 90 | - | Sep 29, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Understanding the Basic Concepts of HIPAA | E-Learning Course | Sep 29, 2025 | Sep 29, 2025 | 0.08 | 0.75 | Passed | 100 | - | Sep 29, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Valor Life 88 | E-Learning Course | - | - | 0 | 1.00 | Not Attempted | - | 0 | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Wellness Programs | E-Learning Course | - | - | 0.03 | 0.25 | Not Attempted | - | - | No | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |
| Wellness Programs (Corrections) | E-Learning Course | Sep 29, 2025 | Sep 29, 2025 | 0.05 | 0.50 | Passed | 100 | - | Sep 29, 2025 | CypherWorx, Inc. | 3400 Monroe Avenue, Suite 119, Rochester, NY |

67

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Substance Abuse

on

September 24, 2025

Clock Hours: 1.50
CEUs Earned: 0.15

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Managing Stress

on

September 25, 2025

Clock Hours: 1.00
CEUs Earned: 0.1

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

# Certificate

OF COMPLETION

*This certificate is proudly presented to*

## ERNEST FULLER

*for completing*

MANdentity: Healing the Wounded Man

Clock Hours: 6.70

September 15, 2025

COLLABORNATION CYPHERWORX

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Iceberg Thinking

on

September 23, 2025

Clock Hours: 0.25
CEUs Earned: 0.03

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION • CYPHERWORX •

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Domestic Abuse

on

September 23, 2025

Clock Hours: 2.00
CEUs Earned: 0.2

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Conflicts of Interest (Corrections)

on

October 9, 2025

Clock Hours: 1.00
CEUs Earned: 0.1

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Critical Thinking and Decision-Making

on

September 30, 2025

Clock Hours: 1.00
CEUs Earned: 0.1

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION • CYPHERWORX

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Choosing the Best Solution

on

September 30, 2025

Clock Hours: 1.50
CEUs Earned: 0.15

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## A Student Guide to Drug and Alcohol Abuse

on

September 17, 2025

Clock Hours: 0.50
CEUs Earned: 0.05

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION • CYPHERWORX •

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Anger Management

on

September 21, 2025

Clock Hours: 1.00
CEUs Earned: 0.1

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## 12-Step Recovery Programs

on

September 15, 2025

Clock Hours: 1.50
CEUs Earned: 0.15

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION • CYPHERWORX •

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Adapting to Change

on

September 15, 2025

Clock Hours: 0.50
CEUs Earned: 0.05

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

# Certificate

OF COMPLETION

*This certificate is proudly presented to*

## ERNEST FULLER

*for completing*

Active Recovery With The Phoenix

Clock Hours: 1.25

September 15, 2025

COLLABORNATION CYPHERWORX

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Correcting Performance Problems: Addressing Behavioral Problems

on

October 10, 2025

Clock Hours: 0.84
CEUs Earned: 0.08

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Contentious Relationships

on

September 26, 2025

Clock Hours: 1.50
CEUs Earned: 0.15

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION • CYPHERWORX •

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Cognitive Awareness

on

September 30, 2025

Clock Hours: 1.00
CEUs Earned: 0.1

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION • CYPHERWORX •

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Offender Corrections

on

September 25, 2025

Clock Hours: 1.00
CEUs Earned: 0.1

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Offender Responsibility

on

September 25, 2025

Clock Hours: 1.00
CEUs Earned: 0.1

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

# Certificate

## OF COMPLETION

*This certificate is proudly presented to*

## ERNEST FULLER

*for completing*

### Starting Over

Clock Hours: 5.70

September 15, 2025

COLLABORNATION CYPHERWORX

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Wellness Programs (Corrections)

on

September 29, 2025

Clock Hours: 0.50
CEUs Earned: 0.05

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Job Success

on

October 11, 2025

Clock Hours: 1.00
CEUs Earned: 0.1

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Job Applications

on

September 25, 2025

Clock Hours: 1.00
CEUs Earned: 0.1

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Careers Without College

on

September 22, 2025

Clock Hours: 1.00
CEUs Earned: 0.1

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Career Experiences

on

September 26, 2025

Clock Hours: 2.00
CEUs Earned: 0.2

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Drug-Free Workplace

on

September 27, 2025

Clock Hours: 0.50
CEUs Earned: 0.05

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Affordable Care Act (ACA) Basics for Business Owners

on

September 25, 2025

Clock Hours: 0.34
CEUs Earned: 0.03

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION • CYPHERWORX •

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Anti-Discrimination Law: A Primer for Small Businesses

on

September 26, 2025

Clock Hours: 0.75
CEUs Earned: 0.08

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Accessibility

on

September 15, 2025

Clock Hours: 0.50
CEUs Earned: 0.05

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION • CYPHERWORX •

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Asbestos Safety Awareness

on

September 25, 2025

Clock Hours: 1.00
CEUs Earned: 0.1

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Anti-Discrimination Law: A Primer for Small Businesses

on

September 26, 2025

Clock Hours: 0.75
CEUs Earned: 0.08

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Beginning a New Career

on

September 25, 2025

Clock Hours: 0.50
CEUs Earned: 0.05

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Business Accounting: Accounting for Inventory (Corrections)

on

October 9, 2025

Clock Hours: 0.75
CEUs Earned: 0.08

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Business Communication

on

September 26, 2025

Clock Hours: 1.00
CEUs Earned: 0.1

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Child Abuse Prevention and Awareness for Supervisors and Managers (Corrections)

on

September 27, 2025

Clock Hours: 1.50
CEUs Earned: 0.15

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Customer Service: Using What You've Learned (Corrections)

on

October 10, 2025

Clock Hours: 0.25
CEUs Earned: 0.03

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Coaching: Coaching Diverse Employees

on

October 9, 2025

Clock Hours: 1.34
CEUs Earned: 0.13

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Construction Hazards

on

October 10, 2025

Clock Hours: 0.50
CEUs Earned: 0.05

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Child Abuse Prevention and Awareness for Supervisors and Managers

on

September 26, 2025

Clock Hours: 1.50
CEUs Earned: 0.15

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION • CYPHERWORX •

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Interviewing Skills

on

September 25, 2025

Clock Hours: 1.00
CEUs Earned: 0.1

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION • CYPHERWORX •

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Introduction to Construction Trades

on

October 10, 2025

Clock Hours: 2.00
CEUs Earned: 0.2

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION • CYPHERWORX •

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Computer Basics

on

September 26, 2025

Clock Hours: 2.00
CEUs Earned: 0.2

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Advanced Interpersonal Communication: Building Relationships Through Feedback

on

September 25, 2025

Clock Hours: 0.75
CEUs Earned: 0.08

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION • CYPHERWORX •

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Making Your Home A Safer Place

on

October 1, 2025

Clock Hours: 0.75
CEUs Earned: 0.08

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION • CYPHERWORX •

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Bystander Intervention Training

on

September 26, 2025

Clock Hours: 1.00
CEUs Earned: 0.1

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION • CYPHERWORX •

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## E-mail Etiquette: E-mail Effectiveness (Corrections)

on

October 10, 2025

Clock Hours: 0.50
CEUs Earned: 0.05

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION · CYPHERWORX

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Grammar

on

September 28, 2025

Clock Hours: 1.50
CEUs Earned: 0.15

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

# Certificate

OF COMPLETION

*This certificate is proudly presented to*

## ERNEST FULLER

*for completing*

GED: Social Studies - Unit 05: Post-Test

Clock Hours: 0.25

September 27, 2025

COLLABORNATION CYPHERWORX

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## GED: Introduction to the GED

on

September 30, 2025

Clock Hours: 1.00
CEUs Earned: 0.1

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## GED: Reasoning Through Language Arts - Unit 01: Strategies for Reading Comprehension

on

September 27, 2025

Clock Hours: 1.00
CEUs Earned: 0.1

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Internet Safety

on

September 24, 2025

Clock Hours: 1.00
CEUs Earned: 0.1

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION
CYPHERWORX

ACCREDITED
IACET
PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## LGBTQ+ Safe Zone Training (Corrections)

on

October 1, 2025

Clock Hours: 1.00
CEUs Earned: 0.1

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Learning Tips: How to Enjoy Learning

on

September 28, 2025

Clock Hours: 0.50
CEUs Earned: 0.05

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION • CYPHERWORX •

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Prison Rape Elimination Act (PREA)

on

September 28, 2025

Clock Hours: 1.00
CEUs Earned: 0.1

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION • CYPHERWORX •

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Understanding the Basic Concepts of HIPAA

on

September 29, 2025

Clock Hours: 0.75
CEUs Earned: 0.08

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION • CYPHERWORX •

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Adult and Child CPR (Corrections)

on

September 22, 2025

Clock Hours: 2.00
CEUs Earned: 0.2

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION • CYPHERWORX •

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Elements of an Effective Safety and Health Program

on

October 10, 2025

Clock Hours: 1.00
CEUs Earned: 0.1

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION • CYPHERWORX •

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## CERT Unit 1: Disaster Preparedness

on

September 30, 2025

Clock Hours: 1.00
CEUs Earned: 0.1

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Heat Illness

on

October 11, 2025

Clock Hours: 0.75
CEUs Earned: 0.08

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Basic First Aid

on

September 22, 2025

Clock Hours: 1.00
CEUs Earned: 0.1

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Bloodborne Pathogens and HIV (Corrections)

on

September 26, 2025

Clock Hours: 1.00
CEUs Earned: 0.1

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION • CYPHERWORX •

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Medication Safety Basics

on

October 1, 2025

Clock Hours: 0.50
CEUs Earned: 0.05

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Incident Command System ICS-100

on

October 11, 2025

Clock Hours: 0.50
CEUs Earned: 0.05

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Diversity, Equity, and Inclusion Training (Corrections)

on

September 27, 2025

Clock Hours: 1.00
CEUs Earned: 0.1

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Creativity and Innovation: Fostering A Creative Environment

on

October 10, 2025

Clock Hours: 1.00
CEUs Earned: 0.1

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## The NoFEAR Act (Corrections)

on

September 29, 2025

Clock Hours: 0.25
CEUs Earned: 0.03

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Advanced Interpersonal Communication: Building Relationships Through Feedback

on

September 25, 2025

Clock Hours: 0.75
CEUs Earned: 0.08

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Adapting to Change

on

September 15, 2025

Clock Hours: 0.50
CEUs Earned: 0.05

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

CYPHERWORX™

Certifies that

# ERNEST FULLER

has successfully completed

## Business Communication

on

September 26, 2025

Clock Hours: 1.00

CEUs Earned: 0.1

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Choosing the Best Solution

on

September 30, 2025

Clock Hours: 1.50
CEUs Earned: 0.15

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION • CYPHERWORX •

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Child Abuse Prevention and Awareness for Supervisors and Managers (Corrections)

on

September 27, 2025

Clock Hours: 1.50

CEUs Earned: 0.15

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

# Certificate

OF COMPLETION

*This certificate is proudly presented to*

## ERNEST FULLER

*for completing*

GED: Social Studies - Unit 05: Post-Test

Clock Hours: 0.25

September 27, 2025

COLLABORNATION CYPHERWORX

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Accessibility

on

September 15, 2025

Clock Hours: 0.50
CEUs Earned: 0.05

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION CYPHERWORX

ACCREDITED IACET PROVIDER

CYPHERWORX

Certifies that

# ERNEST FULLER

has successfully completed

## Robert's Rules of Order (Corrections)

on

September 29, 2025

Clock Hours: 1.25
CEUs Earned: 0.13

Paul W. Cypher, President & CEO,
CypherWorx, Inc.

COLLABORNATION • CYPHERWORX •

ACCREDITED IACET PROVIDER