# United States District Court for the Northern District of Ohio

United States of America,

**Plaintiff,**

**vs.**

CASE NO. 1:25-cr-172

Judge Benita Y. Pearson

Ernest A. Fuller, II,

**Defendant.**

# NOTICE OF APPEAL

Notice is hereby given that Ernest A. Fuller, II                          ,
(here name all parties taking the appeal)

hereby appeal to the United States Court of Appeals for the  Sixth Circuit from

the final judgment (R. 37)
(the final judgment) (from an order (describing it))

entered in this action on the 3rd      day of April          , 2026  .

(s) /Justin J. Roberts

Address:  10 East Commerce Street, Suite 230
Youngstown, OH 44503

Phone #:  330-746-6399

Attorney for  Ernest A. Fuller, II

6CA-3